UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELKO BROADBAND LTD., <br> Plaintiff, <br> v. <br> DHABI HOLDINGS PJSC, *et al.*, <br> Defendants. | Case No. 3:19-cv-00610-LRH-WGC <br><br> MINUTE ORDER <br><br> March 17, 2021 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>     REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>        NONE APPEARING        </u>

COUNSEL FOR DEFENDANT(S):  <u>       NONE APPEARING       </u>

**MINUTE ORDER IN CHAMBERS**:

On November 2, 2020, the court granted defendant Warid Telecom International LLC's ("WTI) motion to compel arbitration (*see* ECF No. 36). On March 16, 2021, WTI filed a status report informing the court that it had no knowledge of plaintiff taking any steps to pursue any claims against WTI or any other party through the initiation of arbitration before the London Court of International Arbitration.

It appearing that there is no purpose in requiring further status reports from counsel until the parties conclude arbitration, or upon the occurrence of any other development, and good cause appearing,

For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively.  The closing of this case administratively has no substantive effect on the status of the case.  The case remains pending for all substantive purposes.  The case will be reopened administratively when any of the parties request reopening or notify the court of the conclusion of the arbitration proceedings.  At that time, an updated joint status report shall be filed with the request to reopen.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By:  <u>            /s/            </u>

Deputy Clerk